**Earl A. BRYANT, Plaintiff–Appellant,**

v.

**HUTCHINSON AUTO MALL,**
**Defendant–Appellee.**

**No. 12–10567**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

Sept. 6, 2012.

Earl A. Bryant, Macon, GA, pro se.

O. Hale Almand, Jr., Almand & Wiggins, Macon, GA, for Defendant–Appellee.

Before TJOFLAT, JORDAN and KRAVITCH, Circuit Judges.

PER CURIAM:

After review of the record and the parties' briefs, we affirm the district court's dismissal of the complaint for lack of subject-matter jurisdiction. First, Earl Bryant's complaint against Hutchinson Auto Mall did not assert any federal claims. Thus, there was no federal-question jurisdiction under 28 U.S.C. § 1331. Second, according to the complaint and its attachments, Mr. Bryant and Hutchinson Auto Mall were both citizens of Georgia, and Mr. Bryant sought only $2,400 in damages. As a result, there was no diversity jurisdiction under 28 U.S.C. § 1332. *See Underwriters at Lloyd's, London v. Osting–Schwinn,* 613 F.3d 1079, 1085 (11th Cir.2010) ("For federal diversity jurisdiction to attach, all parties must be completely diverse and the amount in controversy must exceed $75,000." (citations omitted)). Third, Mr. Bryant has failed to address the jurisdictional issues in his brief, and they are therefore waived. *See Sepulveda v. U.S. Att'y. Gen.,* 401 F.3d 1226, 1228 n. 2 (11th Cir.2005) ("When an appellant fails to offer argument on an issue, that issue is abandoned.").

**AFFIRMED.**